**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG; and TED RICHARDS JR., individually and as Co-Successors-in-Interest to Decedent DARELL RICHARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; TODD EDGERTON, in his individual capacity; PATRICK COX, in his individual capacity; and DOES 1-50, inclusive, individually and in their official capacity as agents of the Sacramento Police Department,<br><br>Defendants. | CASE NO.: 2:19-cv-00374-JAM-EFB<br><br>STIPULATION AND REQUEST FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Plaintiffs respectfully request leave to file their First Amended Complaint. Good cause being that Plaintiffs need to identify Defendant Officers and correct the facts previously alleged in their Operative Complaint.

Plaintiffs shall file a First Amended Complaint (attached hereto as Exhibit A) with the Court within 5 days of the Court order approving this stipulation. Defendants' responsive pleading to

Plaintiffs' First Amended Complaint shall be filed within 21 days of the filing of the First Amended Complaint.

Therefore, all parties stipulate and respectfully request the court grant Plaintiffs leave to file their First Amended Complaint.

Dated: January 12, 2020  /s/*Melissa C. Nold*
MELISSA C. NOLD
ADANTE D. POINTER
JOHN L. BURRIS
Law Offices of John L. Burris
Attorneys for Plaintiffs

Dated: January 13, 2020  /s/*Andrea Velasquez*
ANDREA VELASQUEZ
Counsel for Defendants

## ORDER

Good cause appearing and pursuant to the stipulation of the parties, Plaintiffs will file their First Amended Complaint within 5 days of the signing of this Order. Defendants Responsive Pleading will be due 21 days after Plaintiffs' file their First Amended Complaint.

IT IS SO ORDERED.

DATED: 1/14/2020 /s/ John A. Mendez_____

HONORABLE JUDGE JOHN A. MENDEZ