SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, TODD EDGERTON,
PATRICK COX

JOHN L. BURRIS, ESQ. SBN 69888
ADANTE D. POINTER, ESQ. SBN 236229
**MELISSA C. NOLD, ESQ. SBN 301378**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Fascimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG; and TED RICHARDS, JR., individually and as Co-Successors-in-Interest to Decedent DARELL RICHARDS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, a municipal corporation; TODD EDGERTON, in his individual capacity; PATRICK COX, in his individual capacity; and DOES 1-50, inclusive, individually and in their official capacity as agents for the Sacramento Police Department, <br><br> Defendants. | Case No.:  2:19-CV-00374-JAM-EFB <br><br> **STIPULATION TO MODIFY SCHEDULING ORDER;  ORDER** <br><br> **(AS MODIFED BY THE COURT)** <br><br> Complaint filed:    March 4, 2019 |

1

COMES NOW Plaintiffs Khoua Vang, and Ted Richards, Jr. individually and as co-successors-in-interest to decedent Darrell Richards, and Defendants City of Sacramento, Todd Edgerton, and Patrick Cox, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Status (Pre-trial Scheduling) Order dated May 29, 2019 (ECF No. 8), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | August 7, 2020 | February 12, 2021 |
| Expert Disclosure: | June 5, 2020 | April 9, 2021 |
| Rebuttal Expert Disclosure: | June 19, 2020 | May 7, 2021 |
| Expert Discovery Cut-off: | August 7, 2020 | July 9, 2021 |
| Dispositive Motions filed by: | September 15, 2020 | September 17, 2021 |
| Hearing on Dispositive Motions: | October 13, 2020 | October 12, 2021 |
| Final Pretrial Conf: | December 11, 2020 | December 10, 2021 |
| Trial: | January 25, 2021 | January 24, 2022 |

WHEREAS, restrictions associated with the COVID-19 pandemic interfered with the parties' ability to conduct discovery;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' first request to modify the scheduling order.

**IT IS SO STIPULATED.**

STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER
916228)}»

DATED:  May 1, 2020                          SUSANA ALCALA WOOD,
                                             City Attorney


                                        By:___/s/ ANDREA M. VELASQUEZ_____
                                             **ANDREA M. VELASQUEZ**
                                             Senior Deputy City Attorney

                                             Attorneys for the
                                             CITY OF SACRAMENTO


DATED:  May 1, 2020                          LAW OFFICES OF JOHN L. BURRIS



                                        By:___/s/ MELISSA C. NOLD_____
                                             **MELISSA C. NOLD**
                                             Attorney for Plaintiffs

## <u>ORDER</u>

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | February 12, 2021 |
| Expert Disclosure: | April 9, 2021 |
| Rebuttal Expert Disclosure: | May 7, 2021 |
| Expert Discovery Cut-off: | July 9, 2021 |
| Dispositive Motions filed by: | September 21, 2021 |
| Hearing on Dispositive Motions: | October 19, 2021 at 1:30 p.m. |
| Joint pretrial statement: | December 3, 2021 |
| Final Pretrial Conf: | December 10, 2021 at 11:00 a.m. |
| Trial: | January 24, 2022 at 9:00 a.m. |

916228)}«

**IT IS SO ORDERED  (AS MODIFED BY THE COURT)**

Dated:   5/4/2020

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER

916228)}»