**NOLD LAW**
**Melissa C. Nold, Esq. SBN 301378**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com
Counsel for Plaintiffs

**Pointer & Buelna, LLP**
**Adante D. Pointer, Esq. SBN 236229**
**Lawyers For The People**
Wells Fargo Center
1901 Harrison Street,
Suite 1140
Oakland, California 94612
Telephone: (510)929-5400
apointer@lawyersftp.com
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG; and TED RICHARDS JR., individually and as Co-Successors-in-Interest to Decedent DARELL RICHARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; TODD EDGERTON, in his individual capacity; PATRICK COX, in his individual capacity; and DOES 1-50, inclusive, individually and in their official capacity as agents of the Sacramento Police Department,<br><br>Defendants. | CASE NO.: 2:19-cv-00374-JAM-EFB<br><br>**STIPULATION AND REQUEST TO AMEND PRE-TRIAL SCHEDULE** |

The parties submit this joint request seeking leave to amend the pre-trial scheduling order. Good cause being, the parties have been working amicably to complete discovery while sheltered in place, but have unable to complete all necessary depositions.

To date, the parties have been diligently working to complete discovery. The parties have produced a voluminous amount of discovery and completed thirteen depositions to date.

The parties respectfully submit their request for the following changes:

|  | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Close of Fact Discovery | February 12, 2021 | April 16, 2021 |
| Expert Disclosures | April 9, 2021 | May 14, 2021 |
| Rebuttal Expert Disclosures | May 7, 2021 | June 11, 2021 |
| Close of Expert Discovery | July 9, 2021 | No change |
| Dispositive Motion Filing Deadline | September 17, 2021 | No change |
| Dispositive Hearing Date | October 12, 2021 | No change |
| Pretrial Conference | December 10, 2021 | No change |
| Trial Date | January 24, 2022 | No change |

Dated: January 29, 2021         /s/*Melissa C. Nold*_____
                                MELISSA C. NOLD
                                Counsel for Plaintiffs

Dated: January 29, 2021         /s/*Andrea Velasquez*
                                ANDREA VELASQUEZ
                                Counsel for Defendants

**ORDER**

Good cause appearing and pursuant to the stipulation of the parties, the new pretrial schedule is as followed:

| | |
|---|---|
| Close of Fact Discovery | April 16, 2021 |
| Expert Disclosures | May 14, 2021 |
| Rebuttal Expert Disclosures | June 11, 2021 |

The dates for dispositive motions filings, dispositive motion hearing, pretrial conference and trial shall remain the same.

IT IS SO ORDERED.

DATED:  January 29, 2021          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE