**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
**THE RUSSO BUILDING**
521 Georgia Street
Vallejo, CA 94590 - 6006
Tel: (707) 644-4004
Email: Melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOU VANG, ET AL. | CASE NO.:  2:19-cv-00374-JAM-JDP |
| Plaintiffs, et al. | |
| v. | STIPULATION AND ORDER TO AMEND DISCOVERY SCHEDULE |
| CITY OF SACRAMENTO, et al., | |
| Defendants | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the court has ordered the parties to propose a new discovery schedule. (Docket 35)

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND PROPOSED ORDER

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Cut-off: | October 15, 2021 |
| Designation of Expert Witnesses: | October 15, 2021 |
| Rebuttal of Expert: | November 15, 2021 |
| Expert Discovery Cut-Off: | December 15, 2021 |
| Last Day to File Dispositive Motions | February 25, 2022 |
| Last Day for Hearing on Dispositive Motions | April 19, 2022 at 1:30 PM |
| Pretrial Conference: | May 27, 2022 at 11:00 AM |
| Trial: | July 25, 2022 at 9:00 AM |

Dated: July 20, 2021

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

By: /s/Patrick M. Buelna

PATRICK M. BUELNA
Attorney for Plaintiff

Dated: July 20, 2021

CITY OF SACRAMENTO
CITY ATTORNEY'S OFFICE

By: /s/ Sean D. Richmond

SEAN D. RICHMOND
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: July 20, 2021       /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND PROPOSED ORDER