**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, et al., | CASE NO.: 2:19-cv-00374-JAM-JDP |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO MOVE EXPERT DISCOVERY DEADLINE |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been diligently working to schedule and take Expert Depositions in the current case. Parties have had to re-arrange dates and make accommodations due to the impacted schedules of the experts and parties, given that the outstanding expert depositions are necessary to the case, parties believe that extending the date for close of expert discovery will provide additional time to complete all necessary depositions and conclude essential expert discovery;

WHEREAS, the current remaining discovery schedule is set as:

Expert Discovery Cutoff:                    December 15, 2021

| | |
|---|---|
| Last Day to File Dispositive Motion: | February 25, 2022 |
| Pretrial Conference: | May 27, 2022 |
| Trial: | July 25, 2022 |

WHEREAS, the parties met and conferred and agreed to extend the expert discovery deadline as proposed below:

| | |
|---|---|
| Expert Discovery Cut-Off: | March 31, 2022 |
| Last Day to File Dispositive Motion: | June 1, 2022 |
| Pretrial Conference: | August 26, 2022 at 10:00 AM |
| Trial: | October 17, 2022 at 9:00 AM |

**IT IS SO AGREED.**

Dated: January 10, 2022             POINTER & BUELNA, LLP

**/s/  Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: January 10, 2022             **SACRAMENTO CITY ATTORNEY'S OFFICE**

/s/ Sean Richmond (Auth. 01/07/2022)
SEAN RICHMOND
COUNSEL FOR DEFENDANTS

/
/
/
/

**IT IS SO ORDERED.**

Dated: January 11, 2022                              /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE