**2:MELISSA C. NOLD, ESQ. , SBN 301378**
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, California 94590
(707)644-4004
melissa@noldlaw.com


**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG;<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.<br><br>  Defendants. | Case: 2:19-cv-00374-JAM-JDP<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on June 1, 2022, the Defendants filed their Motion for Summary Judgment. (ECF No. 58).

WHEREAS, Plaintiff's deadline to respond to Defendants' motion is currently set for June 15, 2022; Defendant's deadline to reply to Plaintiff's opposition is June 22, 2022; and the Motion Hearing is August 23, 2022.

WHEREAS, Plaintiffs' Counsel will be beginning a two week wrongful death trial on June 14, 2022, and is currently in the laborious process of trial preparation.

WHEREAS, the Parties have conferred and agreed to a proposed four week extension of the motion deadlines that will accommodate the Plaintiffs' Counsel schedule without moving the Motion Hearing date.

WHEREAS, the Parties STIPULATE and JOINTLY PROPOSE that the Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment be changed to July 13, 2022 and that the Defendants' deadline to reply be changed to July 20, 2022.

IT IS SO AGREED.

Dated: June 6, 2022            /s/ Ty Clarke
                               Ty Clarke
                               Attorney for Plaintiffs


Dated: June 6, 2022            /s/ Sean D. Richmond
                               Sean D. Richmond
                               Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  June 6, 2022           /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE