**MELISSA C. NOLD, Esq. SBN 301378**
**NOLD LAW**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | CASE NO.: 2:19-cv-00374 JAM <br><br> **DECLARATION OF MELISSA NOLD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, MELISSA NOLD, declare:

1. I am the attorney of record for Plaintiffs in this action. I am over the age of eighteen (18) years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. The documents described as "Exhibit 1", attached to this Declaration, is a true and accurate copy of the letter produced by Dr. Schmidt, in response to Plaintiff's Subpoena for records.

3. The documents described as "Exhibit 2", attached to this Declaration, is a true and accurate copy of the deposition transcript of Defendant Todd Edgerton.

4. The documents described as "Exhibit 3", attached to this Declaration, is a true and accurate copy of the deposition transcript of California Highway Patrol Officer Jonathan Pierce.

5. The documents described as "Exhibit 4", attached to this Declaration, is a true and accurate copy of the deposition transcript of Sacramento Police Officer Zachary Yasonia.

6. The documents described as "Exhibit 5", attached to this Declaration, is a true and accurate copy of the Map Exhibit from the Homicide Interview of Defendant Todd Edgerton.

7. The documents described as "Exhibit 6", attached to this Declaration, is a true and accurate copy of the deposition transcript of Defendant Sameer Sood.

8. The documents described as "Exhibit 7", attached to this Declaration, is a true and accurate copy of the deposition transcript of Defendant Patrick Cox.

9. The documents described as "Exhibit 8", attached to this Declaration, is a true and accurate copy of the deposition transcript of Sacramento Police Officer Barry Tiner.

10. The documents described as "Exhibit 9", attached to this Declaration, is a true and accurate copy of the "Big 5" receipt located in Darell Richards backpack from Defendants Crime Scene Photos.

11. The documents described as "Exhibit 10", attached to this Declaration, is a true and accurate copy of the Sacramento Police Department's Use of Force Policy.

12. The documents described as "Exhibit 11", attached to this Declaration, is a true and accurate copy of Sacramento Police department training materials related to mentally ill subjects.

13. The documents described as "Exhibit 12" attached to this Declaration, is a true and accurate copy of the deposition transcript of Sacramento Police Lt. Jason Bassett.

14. The documents described as "Exhibit 13", attached to this Declaration, is a true and accurate copy of the deposition transcript of Sacramento Police Chief, Defendant Daniel Hahn.

15. The documents described as "Exhibit 14", attached to this Declaration, is a true and accurate copy of the Defendant Patrick Cox's body worn camera footage which was manually filed.

16. The documents described as "Exhibit 15", attached to this Declaration, is a true and accurate copy of the homicide interview of Defendant Todd Edgerton.

17. The documents described as "Exhibit 16", is attached to Plaintiff's Motion to file under seal.

18. The documents described as "Exhibit 17", attached to this Declaration, is a true and accurate copy of the autopsy photo of Darell Richards right hand.

19. The documents described as "Exhibit 18", attached to this Declaration, is a true and accurate copy of Darell Richards autopsy.

20. The documents described as "Exhibit 19", attached to this Declaration, is a true and accurate copy of Deponent Tim Foster's Facebook post related to the subject incident.

21. The documents described as "Exhibit 20", attached to this Declaration, is a true and accurate copy of Plaintiffs' Request for Admissions, Set One.

22. The documents described as "Exhibit 21", is attached to this Declaration, is a true and accurate copy of Defendant Patrick Cox's disciplinary letter from the Sacramento Police Department, related to the incident on the one-year anniversary of the subject incident.

23. The documents described as "Exhibit 22", is attached to Plaintiffs' Motion to File Under Seal

24. I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/

/

| | |
|---|---|
| Dated: July 12, 2022 | NOLD LAW |
| | /s/ *Melissa C. Nold* |
| | MELISSA C. NOLD |
| | Attorneys for Plaintiff |