UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, ET AL.<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | CASE NO.:  2:19-cv-00374-JAM-JDP<br><br>**ORDER SEALING PLAINTIFFS' EXHIBITS 16 & 22 ISO OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　Plaintiffs filed a REQUEST TO SEAL their Exhibits 16 and 22 in support of their Opposition to Defendants' Motion for Summary Judgment. In accordance with Eastern District Local Rule 141 and this Court's Protective Order, the REQUEST TO SEAL IS GRANTED.

　　IT IS SO ORDERED.

DATED: July 14, 2022　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE