UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, ET AL.<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | CASE NO.:  2:19-cv-00374-JAM-JDP<br><br>**ORDER SEALING PLAINTIFFS' UNREDACTED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs filed a REQUEST TO SEAL their UNREDACTED Opposition to Defendants' Motion for Summary Judgment. In accordance with Eastern District Local Rule 141 and this Court's Protective Order, the REQUEST TO SEAL IS GRANTED.

IT IS SO ORDERED.

DATED: July 14, 2022        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT COURT JUDGE

1