**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
155 Filbert St., Suite 208,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, et al., | CASE NO.: 2:19-cv-00374-JAM-JDP |
| Plaintiffs, | |
| v. | TRIAL STIPULATIONS AND ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

1. The parties stipulate Defendants were employed, acting under the color of the law, and within the scope and course of their employment as law enforcement officers with the CITY OF SACRAMENTO.

2. The parties stipulate to the authentication of the documents produced by Defendants, such as body worn camera video, incident reports, trainings and policies, medical records, autopsy report, incident and scene photographs.

3. Defendants stipulated to producing City defendants and its employee witnesses at trial on

Plaintiffs' witness list without the need for a subpoena. Defendants will produce such witnesses upon reasonable notice (at least 24 hours) received by Plaintiff prior to and during trial.

**IT IS SO AGREED.**

Dated: September 22, 2022				POINTER & BUELNA, LLP

**/s/ Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: September 22, 2022				**SACRAMENTO CITY ATTORNEY'S OFFICE**

/s/ Sean Richmond (Auth. 09/23/2022)
SEAN RICHMOND
COUNSEL FOR DEFENDANTS

/
/
/
/

**IT IS SO ORDERED.**

Dated:  September 26, 2022			/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE