# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, ET AL.<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>    Defendants. | CASE NO.: 2:19-cv-00374-JAM-JDP<br><br>**ORDER SEALING PLAINTIFFS' EXHIBITS 1-3 ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*, NO. 3** |

Plaintiffs filed a REQUEST TO SEAL their EXHIBIT 1-3 in support of their Opposition to Defendants' Motion *In Limine*, No. 3. In accordance with Eastern District Local Rule 141 and this Court's Protective Order, the REQUEST TO SEAL IS GRANTED.

IT IS SO ORDERED.

DATED: October 6, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE