**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, et al.,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>        Defendants. | CASE NO.: 2:19-cv-00374-JAM-JDP<br><br>STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR JUDGMENT |

   IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

   WHEREAS, trial concluded in this case without a verdict on October 31, 2022. (ECF 138).

   WHEREAS, on December 28, 2022, Defendants filed a Renewed Motion for Judgment. (ECF 155)

   WHEREAS, the current briefing schedule for Defendants' Motion is set as:

   Plaintiff Opposition Brief:           January 11, 2023

   Defendants' Reply Brief              January 23, 2023

   Motion Hearing:                       February 14, 2022

STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR JUDGMENT 1

WHEREAS, Plaintiffs' counsel responsible for the brief is out of the country from January 5-22, 2023.

WHEREAS, the parties met and conferred and agreed to extend the briefing schedule as proposed below:

| | |
|---|---|
| Plaintiff Opposition Brief: | January 25, 2023 |
| Defendants' Reply Brief | February 6, 2023 |
| Motion Hearing: | February 28, 2022 at 1:30 PM |

**IT IS SO AGREED.**

Dated: January 9, 2023    POINTER & BUELNA, LLP

**/s/ Patrick M. Buelna**
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: January 9, 2023    **SACRAMENTO CITY ATTORNEY'S OFFICE**

/s/ Sean Richmond (Auth. 01/07/2022)
SEAN RICHMOND
COUNSEL FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: January 10, 2023    /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400