UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, et al,<br><br>     Plaintiffs,<br><br>  v.<br><br> CITY OF SACRAMENTO, et al.,<br><br>     Defendants. | No. 2:19-cv-00374-JAM-JDP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

For the reasons stated on the record at the hearing held in Courtroom 6 on February 28, 2023, the Court GRANTS in part and DENIES in part Defendants' Renewed Motion for Judgment as a Matter of Law at ECF No. 155.  The Court:

  1.   GRANTS judgment as a matter of law for Defendants on Plaintiffs' Fourteenth Amendment familial loss claim pursuant to 42 U.S.C. § 1983;

  2.   GRANTS judgment as a matter of law for Defendants on Plaintiff's supervisory liability claim pursuant to 42 U.S.C. § 1983; and

  3.   DENIES judgment as a matter of law as to Plaintiffs'

1

remaining claims and prayer for punitive damages.

    IT IS SO ORDERED.

Dated: March 2, 2023

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE