**NOLD LAW**
**Melissa C. Nold, Esq. SBN 301378**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, at al., | CASE NO.: 2:19-cv-00374-JAM-EFB |
| Plaintiffs, | **STIPULATION AND REQUEST TO SET RETRIAL DATE** |
| vs. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

The parties submit this joint request to set their retrial date for October 2, 2023, at 9:00 a.m., and their final pre-trial conference for August 25, 2023, at 10:00 a.m.

Dated: April 3, 2023          /s/*Melissa C. Nold*
                              MELISSA C. NOLD
                              Counsel for Plaintiffs

Dated: April 3, 2023          /s/*Sean Richmond*
                              SEAN RICHMOND
                              Counsel for Defendants

**ORDER**

Good cause appearing and pursuant to the stipulation of the parties, the new trial schedule is as followed:

| Final Pre-trial Conference | **August 25, 2023**, at **11:00 a.m.** |
|---|---|
| Trial Start | **October 2, 2023, at 9:00 a.m.** |

IT IS SO ORDERED.

Dated: April 03, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE