**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, ET AL. | Case No.: 2:19-cv-00374-JAM-JDP |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for KHOUA VANG, TED RICHARDS and defendants CITY OF SACRAMENTO, PATRICK COX, and TODD EDGERTON, respectively, do hereby agree

and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: December 1, 2023             NOLD LAW

                                    By:/s/*Melissa Nold*
                                    MELISSA C. NOLD
                                    ATTORNEY FOR PLAINTIFF

DATED: December 1, 2023             CITY OF SACRAMENTO

                                    BY:/S/SEAN RICHMOND
                                    SEAN RICHMOND
                                    ATTORNEY FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA VANG, ET AL., | Case No.: 2:19-cv-00374-JAM-JDP |
| Plaintiffs, | |
| v. | **ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CITY OF SACRAMENTO, ET AL., | |
| Defendants. | |

ORDER

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be **DISMISSED**, in its entirety and with prejudice.

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 01, 2023      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE